UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

IN RE: GREGORY EUGENE LUSS JR. CASE NO. 24-22408

DEBTOR (s) CHAPTER 13 CASE

**OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**

Norwal Investments, LLC ("Creditor"), through its counsel, objects to the confirmation of the Debtor's proposed Chapter 13 plan. In support of its objection Creditor submits:

1. Gregory Eugene Luss Jr ("Debtor") filed a petition in this Court under Chapter 13 of the United States Bankruptcy Code on May 21, 2024 ("the Petition Date"), under Case No. 24-22408.

2. Creditor is a creditor of Debtor pursuant to Final Judgment dated June 24, 2022 in the Shelby County Chancery Court docket No. CH-22-0154 against Debtor in the original principal amount of $178,229.00 (the "Judgment"), the terms and conditions of which are incorporated herein by reference as if copied verbatim. Creditor is the original creditor and is the current holder of the Judgment.

3. Creditor secured the repayment of the Judgment by recording a certified copy of the Judgment in the Shelby County Register's Office ("SCRO") at Instrument No. 22085499 which serves as a lien on all Debtor's property including but not limited to his interest in real property commonly known as 930 Bluebird Lane which is subject to an order setting aside an attempted fraudulent conveyance by Debtor.

4. The Judgment accrues interest at the statutory rate since its entry date.

5. Debtor failed to provide for treatment of Creditor in his proposed Chapter 13 plan. Debtor has understated the value of the Collateral and has proposed payments to the Creditor which do not and will not afford Creditor adequate protection.

6. The value proposed to be paid to the Creditor under the plan is less than Creditor would receive if the Collateral were liquidated. Debtor's plan is not feasible.

WHEREFORE, PREMISES CONSIDERED, THE CREDITOR PRAYS that this Court deny confirmation of the plan insofar as it proposes to impair or otherwise affect the rights of the Creditor and that this Court require, as a condition of confirmation either: (a) a surrender of the Collateral to Creditor: or (b) an amendment to the plan which increases the proposed payments to the Creditor to an amount which will adequately protect the Creditor's interest.

Respectfully submitted,

/s/ R. Lee Webber
R. Lee Webber (18266)
Martin, Tate, Morrow & Marston, P.C.
Attorneys for Creditor
6410 Poplar Avenue, Suite 1000
Memphis, TN 38119
(901) 522-9000; (f) 527-3746
File No: N14219.1
lwebber@martintate.com

CERTIFICATE OF SERVICE / PLEASE SERVICE THE FOLLOWING:

I, the undersigned, do hereby certify that I have served a true and correct copy of the foregoing pleading via ECF or postage pre-paid U.S. Mail, upon the following interested parties on this the 21st day of June, 2024.

/s/ R. Lee Webber
R. Lee Webber

Debtor

Debtor's Attorney