[ ✓ ] AMENDED

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**

**In re:** Gregory Eugene Luss **Case No.** 24-22408

**Debtor(s).** **Chapter 13**

# CHAPTER 13 PLAN

**ADDRESS:** (1) 930 Bluebird
Memphis, TN 38116 (2) ______

**PLAN PAYMENT:**

**DEBTOR (1)** shall pay $ 2400.00 ( ) weekly, ( ) every two weeks, ( ) semi-monthly, or ( ✓ ) monthly, by:

( ) **PAYROLL DEDUCTION** from: ______ **OR** ( ✓ ) **DIRECT PAY**.

**DEBTOR (2)** shall pay $ ______ ( ) weekly, ( ) every two weeks, ( ) semi-monthly, or ( ) monthly, by:

( ) **PAYROLL DEDUCTION** from: ______ **OR** ( ) **DIRECT PAY**.

1. **THIS PLAN [Rule 3015.1 Notice]:**

(A) **CONTAINS A NON-STANDARD PROVISION. [See plan provision #19]** ( ) YES ( ✓ ) NO

(B) **LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION OF THE COLLATERAL FOR THE CLAIM. [See plan provisions #7 and #8]** ( ✓ ) YES ( ) NO

(C) **AVOIDS A SECURITY INTEREST OR LIEN. [See plan provision #12].** ( ) YES ( ✓ ) NO

2. **ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

3. **AUTO INSURANCE:** ( ) Included in Plan; **OR** ( ✓ ) Not included in Plan; Debtor(s) to provide proof of insurance at §341meeting.

4. **DOMESTIC SUPPORT:** Paid by: ( ) Debtor(s) directly, ( ) Wage Assignment, **OR** ( ) Trustee to: Monthly Plan Payment:

______; ongoing payment begins ______ $ ______
Approximate arrearage: ______ $ ______
______; ongoing payment begins ______ $ ______
Approximate arrearage: ______ $ ______

5. **PRIORITY CLAIMS:**

______ Amount: ______ $ ______
______ Amount: ______ $ ______

6. **HOME MORTGAGE CLAIMS:** ( ) Paid directly by Debtor(s); **OR** ( ) Paid by Trustee to:

______; ongoing payment begins ______ $ ______
Approximate arrearage: ______ Interest ______% $ ______
______; ongoing payment begins ______ $ ______
Approximate arrearage: ______ Interest ______% $ ______

7. **SECURED CLAIMS:**

| [Retain lien 11 U.S.C. §1325 (a)(5)] | Value of Collateral: | Rate of Interest: | Monthly Plan Payment: |
|---|---|---|---|
| American Credit Acceptance | 90,836.33 | 10.50 % | $ 1953.00 |
| | | % | $ |
| | | % | $ |

**8. SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**

| [Retain lien 11 U.S.C. §1325(a)] | Value of Collateral: | Rate of Interest: | Monthly Plan Payment: |
|---|---|---|---|
| | | % | $ |
| | | % | $ |
| | | % | $ |

**9. SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**

Collateral: ______

Collateral: ______

**10. SPECIAL CLASS UNSECURED CLAIMS:**

| | Amount: | Rate of Interest: | Monthly Plan Payment: |
|---|---|---|---|
| Crimnal Court | 5992.00 | 0 % | $ 100.00 |
| General Sessions criminal Court #6 | 153.50 | 0 % | $ 3.00 |
| General Sessions criminal Court #7 | 215.50 | 0 % | $ 4.00 |

**11. STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**

______ ( ) Not provided for **OR** ( ) General unsecured creditor

______ ( ) Not provided for **OR** ( ) General unsecured creditor

**12. THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C.§522(f):**

Norwald Investments, LLC

**13. ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

**14. ESTIMATED TOTAL GENERAL UNSECURED CLAIMS:** 82388.13.

**15. THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**

**( ) ______%, OR,**

**(✓) THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.**

**16. THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**

______ ( ) Assumes **OR** ( ) Rejects.

______ ( ) Assumes **OR** ( ) Rejects.

**17. COMPLETION:** Plan shall be completed upon payment of the above, approximately 60 months.

**18. FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

**19. NON-STANDARD PROVISION(S):**

**ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID.**

**20. CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

/s/LaShundra Culpepper **DATE:** 7/15/2024.

**Debtor(s)' Attorney Signature or Pro Se Debtor(s)' Signature(s)**