UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

In re:
GREGORY EUGENE JR LUSS
Debtor(s)

Chapter 13

Case No. 24-22408-B

---

NOTICE OF HEARING

---

The Chapter 13 Trustee's Motion to Dismiss Chapter 13 Case for Failure To Pay having been filed by Sylvia Ford Brown on August 19, 2024.

NOTICE IS HEREBY GIVEN THAT:

The Chapter 13 Trustee's Motion to Dismiss Chapter 13 Case shall be held on , 9/17/2024 at 9:00 am in the United States Bankruptcy Court, 200 Jefferson Avenue, Room 630, Memphis, TN 38103.

Debtors should contact their attorney to see if their attendance is necessary. This hearing may be continued or adjourned from time to time by oral announcement (at the hearing) of the continued or adjourned date and time, without further written notice.

/S/ Sylvia Ford Brown
CHAPTER 13 TRUSTEE

---

MOTION TO DISMISS
CHAPTER 13 CASE for Failure To Pay

---

Comes now your Standing 13 Trustee who would show unto the Court the following for which relief is sought:

That the debtor failed to make payments as ordered by the Court.

PREMISES CONSIDERED, your Trustee prays:
1. That the matter be set for hearing.
2. That the case be dismissed.
3. That the Trustee be granted such other and further relief as the Court deems appropriate.

/S/ Sylvia Ford Brown
CHAPTER 13 TRUSTEE
200 Jefferson Avenue, Ste. 1113
Memphis, TN 38103

CC: GREGORY EUGENE JR LUSS
930 BLUEBIRD
MEMPHIS, TN 38116

LASHUNDRA CULPEPPER

SZ