Form ntcdsm

# UNITED STATES BANKRUPTCY COURT

Western District of Tennessee

Case No.: 24−22408
Chapter: 13

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Gregory Eugene Luss Jr
930 Bluebird
Memphis, TN 38116

Social Security / Individual Taxpayer ID No.:
xxx−xx−6724

Employer Tax ID / Other nos.:

## NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered on N/A.

Dated: 12/23/24

Lisa H. Haney
Clerk, U.S. Bankruptcy Court

BY: Doris Williams
Deputy Clerk